| | | | |
|---|---|---|---|
| | AUSA: | Kathryn Boyles | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Ryan Haney | Telephone: (313) 234-4000 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Gustavo PLACENCIA ROSALES<br>Jesus Manuel QUINONES GUTIERREZ<br>Emanuel Rivera SANTIAGO<br>Carlos Luis ORTIZ | Case No. 25-mj-30086 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 15, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with the intent to distribute |
| 21 U.S.C. § 846 | Conspiracy to distribute controlled substances |
| 18 U.S.C. § 924(c) | Carrying a firearm during and in relation to drug trafficking |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Task Force Officer Ryan J. Haney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __February 24, 2025__

_____
*Judge's signature*

City and state: __Detroit, Michigan__     Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Haney, Task Force Officer with the United States Drug Enforcement Administration (DEA), being duly sworn, depose and state the following:

### *Introduction and Agent Background*

1. I have been a police officer with the Novi Police Department in Novi, Michigan since July 2017. In May 2023, I was assigned as a Task Force Officer with the Drug Enforcement Administration in Detroit, Michigan. I am currently assigned to the Strike Force Group 5, SONIC (SFG5). In this capacity, I have assisted in numerous investigations regarding drug trafficking organizations, and I have drafted and secured many search warrants for drug trafficking investigations, resulting in the seizure of controlled substances, cutting materials, packing equipment and materials, drug paraphernalia, weighing instruments, and narcotics tabulations, among other items. I have attended training and have been instructed in how to conduct complex investigations involving firearms and narcotics. I have been involved in and conducted many narcotics investigations of the possession, sale, transportation, and distribution of controlled substances in the State of Michigan. I have also participated in various firearms investigations involving armed drug traffickers.

2. I currently work in conjunction with other federal, state, and local law enforcement agencies to investigate drug trafficking organizations who utilize firearms. As such, I am a "federal law enforcement officer," within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal criminal offenses and make requests for warrants.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from special agents, task force officers, police officers, detectives, witnesses, and my review and analysis of oral and written reports. This affidavit is intended to show that there is sufficient probable cause for the criminal complaint and does not set forth all information developed from the investigation.

4. This affidavit is made in support of a criminal complaint for Gustavo PLACENCIA ROSALES, Jesus Manuel QUINONES GUTIERREZ, Emanuel Rivera SANTIAGO and Carlos Luis ORTIZ for possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); attempt and conspiracy to commit the same, in violation of Title 21, United States Code, Section 846; and the possession, use or carrying of firearms during and in relation to drug trafficking, in

violation of Title 18, United States Code, Section 924(c).

## *Probable Cause*

5. The DEA Detroit Strike Force Group 5 SONIC (SFG5) has been investigating Gustavo PLACENCIA ROSALES for involvement in drug trafficking activities. In February 2025, a confidential informant (CI) advised DEA agents that Gustavo PLACENCIA ROSALES offered to introduce him/her to individuals wanted to sell five kilograms of cocaine.

6. On or about February 14, 2025, the CI met with multiple Hispanic males, including PLACENCIA ROSALES, in a white Dodge Ram truck parked in the driveway of a residence in Taylor, Michigan. During the meeting, the CI reported that he/she was shown multiple kilograms of suspected cocaine in a black laundry-style bag. The CI stated that the brick-shaped packages had a picture of "Chucky" and a "hockey mask." Based on my training and experience, I believe the CI was describing images of horror film characters – the Chucky doll and Jason Voorhees – on these packages. The CI stated that the subjects would charge him/her $18,000 per kilogram package. The CI told the subjects that he/she would meet them again the next morning to finalize the transaction.

7. During the morning of February 15, 2025, DEA agents from SFG5, along with agents with the Metro Narcotics Enforcement Team (MNET),

3

conducted fixed surveillance at the residence in Taylor, Michigan where the CI had met PLACENCIA ROSALES the previous day. At approximately 9:48AM, agents observed a black BMW X5 bearing Michigan license plate 9QNX03 pull into the driveway of the residence. A query into the Law Enforcement Information Network (LEIN) revealed the registered owner of the BMW X5 is Emanuel Rivera SANTIAGO. Around this time same, the CI received a telephone call from PLACENCIA ROSALES confirming that the subjects had arrived at the residence and were ready to finalize the transaction.

8. At approximately 9:54AM, agents observed a male subject, later identified as Gustavo PLACENCIA ROSALES, leave the residence and walk to the BMW X5 that was parked in the driveway. About ten minutes later, the CI called PLACENCIA ROSALES and asked to conduct a video call so he/she could confirm the existence of the narcotics prior to arriving for the meeting. After the telephone call, agents observed PLACENCIA ROSALES walk away from the car and go back inside the residence. After another minute, agents observed PLACENCIA ROSALES walk out of the residence carrying a pink bag that appeared full. PLACENCIA ROSALES reentered the backseat of the BMW on the passenger side of the vehicle.

9. Shortly after PLACENCIA ROSALES reentered the car, the CI received a

4

video call from PLACENCIA ROSALES. During the video call, PLACENCIA ROSALES showed the CI plastic-wrapped bricks near a pink bag. The CI advised PLACENCIA ROSALES to have the subjects bring the narcotics to a nearby Home Depot department store in Taylor, Michigan. After this video call, agents observed the black BMW X5 pull out of the driveway and leave the area. Both SFG5 and MNET agents continued surveillance of the vehicle.

10. At approximately 10:18AM, the Taylor Police Department, with the assistance of SFG5, MNET, and U.S. Border Patrol Detroit Sector Anti-Smuggling Unit (DTM ASU) agents and Border Patrol's K9 unit, initiated a traffic stop of the black BMW X5 at the south side of the store's parking lot and ordered that all individuals exit the vehicle.

11. The driver of the vehicle, later identified as Emanuel Rivera SANTIAGO, told the officers that his handgun was inside of the center console of the vehicle. Officers recovered a tan Sig Sauer 9mm caliber pistol, Model P320 M18, bearing serial number M18-093369, registered to SANTIAGO, with an empty chamber and a loaded 17-round magazine, as well as a second loaded 17-round magazine of 9mm caliber ammunition, in the center console of the BMW X5.

12. Officers also arrested another male in the front passenger seat of the BMW

5

X5, later identified by his Michigan driver's license as Jesus Manuel QUINONES GUTIEEREZ, and a third male from the rear passenger seat, later identified as Gustavo PLACENCIA ROSALES, a native and citizen of Mexico.

13. Officers arrested a fourth male sitting in the rear seat on the driver's side of the vehicle, later identified by his Michigan driver's license as Carlos Luis ORTIZ. Incident to arrest, officers seized a loaded black Glock 9mm pistol, Model 43X, bearing serial number AKMV774, registered to ORTIZ, from a waistband holder on his right hip. The CI later advised that all the subjects inside of the vehicle were the same individuals that met with him/her in the white Dodge Ram truck the previous day to discuss the narcotics sale.

14. A U.S. Border Patrol K9 conducted an interior search of the BMW X5 and alerted to the presence of narcotics on a pink T-Mobile bag located on the rear middle seat. Agents/officers searched the pink T-Mobile bag and found four brick-shaped wrapped packages with pictures of horror characters, the Chucky doll and Jason Voorhees, containing a distribution level quantity of suspected cocaine, as depicted:





15. Officers weighed the packages, which contained 4,408.2 gross grams of suspected cocaine. Officers used a TruNarc testing device to test all the substances contained in all the packages, which field tested positive as cocaine.

7

16. Based on my training and experience, I know that the amount of cocaine recovered is consistent with distribution amounts. I also know from my training and experience that firearms are often possessed in furtherance of drug trafficking, to protect the seller, the seller's drugs, and the seller's money.

17. In a post-*Miranda* interview, PLACENCIA ROSALES admitted that he did not have lawful immigration status and that he came to the United States from Mexico at the age of eleven. Biometric data confirmed that PLACENCIA ROSALES has no immigration status in the United States.

18. The agents/officers investigating PLACENCIA ROSALES also discovered that, in May 2023 in Detroit, Michigan, PLACENCIA ROSALES sold one ounce of a white powdery substance that tested positive for fentanyl to a different informant from another federal agency.

## *Conclusion*

19. Based on the facts stated above, there is probable cause to believe that Gustavo PLACENCIA ROSALES, Jesus Manuel QUINONES GUTIERREZ, Emanuel Rivera SANTIAGO, and Carlos Luis ORTIZ, have each possessed with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841 (a)(1); attempted and conspired to commit the same, in violation of 21 U.S.C. § 846; and knowingly possessed firearms during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

_____
Ryan J. Haney
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date: February 24, 2025

9